IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> HIGHLANDS NURSING AND REHABILITATION CENTER, LLC, d/b/a HIGHLANDS NURSING AND REHABILITATION, <br><br> Defendant. | CIVIL ACTION NO. 12-6034 |

**STIPULATION OF DISMISSAL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41**

Plaintiff, Healthcare Services Group, Inc., and Defendant, Highlands Nursing and Rehabilitation Center, LLC, d/b/a Highlands Nursing and Rehabilitation, by and through their undersigned counsel, hereby stipulate to dismiss the above-captioned action, with prejudice. Each party shall bear their own costs.

| | |
|---|---|
| STEVENS & LEE | ZARWIN, BAUM, DeVITO, KAPLAN SCHAER & TODDY, PC |
| By: *s/ Craig A. Hirneisen* <br> Craig A. Hirneisen <br> Attorney I.D. No. 209108 <br> 111 North Sixth Street, P.O. Box 679 <br> Reading, PA 19603-0679 <br> (610) 478-2229 <br> cah@stevenslee.com | By: *s/ David F. McComb* <br> David F. McComb <br> Attorney I.D. No. 35754 <br> 1818 Market Street, 13th Floor <br> Philadelphia, PA 19103 <br> (215) 569-2800 <br> dfmccomb@zarwin.com |
| Attorneys for Plaintiff <br> Healthcare Services Group, Inc. | Attorneys for Defendant <br> Highlands Nursing and Rehabilitation Center, LLC <br> d/b/a Highlands Nursing and Rehabilitation |
| Dated: February 5, 2013 | Dated: February 5, 2013 |

SL1 1216926v1 104212.00188